```
                         United States Bankruptcy Court
                         Eastern District of California

In re:                                                  Case No. 19-22882-B
Renee Marie Mendoza                                     Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0972-2          User: admin              Page 1 of 2            Date Rcvd: May 07, 2019
                              Form ID: 309A            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db             +Renee Marie Mendoza,    122B College St.,    Woodland, CA 95695-3298
aty            +Harry D. Roth,    189 First St,    Woodland, CA 95695-3208
22756323       +Bryant Burnstad,    Resurgence Legal Group,    10805 Holder St Ste 205,    Cypress CA 90630-5142
22756329        Citibank,    PO Box 78019,    Phoenix AZ 85062-8019
22756331       +Client Services Inc,    3451 Harry Truman Blvd,    Saint Charles MO 63301-9816
22756333       +Hyo Jin Julia Jung,    10601-G Tierra Santa Blvd 4540,    San Diego CA 92124-2616
22756337        Mr Cooper,    PO Box 60516,    City of Industry CA 91716-0516
22756338       +PayPal,    PO Box 5138,    Lutherville Timonium MD 21094-5138
22756341       +Resurgence Legal Group PC,    3000 Lakeside Dr Ste 309-S,    Bannockburn IL 60015-1249
22756340       +Resurgence Legal Group PC,    Bryant Burnstad,    10805 Holder St Ste 205,
                 Cypress CA 90630-5142
22756343       +Steve Mendoza,    2012 Birmingham Way,    West Sacramento CA 95691-4309
22756344       +Steven Lawrence Mendoza,    2012 Bimingham Way,    West Sacramento CA 95691-4309
22756347       +Synchrony Bank PayPal Smart Conn,    PO Box 447,    Lutherville Timonium MD 21094-0447
22756349        Todd Boobar,    2979 Claudia Ct,    West Sacramento CA 95691
22756350       +Unifund CCR LLC,    10625 Techwoods Circle,    Cincinnati OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FASFUKUSHIMA May 08 2019 07:08:00     Alan S. Fukushima,    770 L Street, #950,
                 Sacramento, CA 95814-3361
smg             EDI: EDD.COM May 08 2019 07:08:00      Employment Development Department,
                 Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM May 08 2019 07:08:00      Franchise Tax Board,    PO Box 2952,
                 Sacramento, CA 95812-2952
22756321       +EDI: ARSN.COM May 08 2019 07:08:00      ARS National Services Inc,    PO Box 469046,
                 Escondido CA 92046-9046
22756322        EDI: CINGMIDLAND.COM May 08 2019 07:08:00      AT T Mobility,    PO Box 246,
                 Artesia CA 90702-0246
22756320       +EDI: URSI.COM May 08 2019 07:08:00      Altran Financial LP,    PO Box 722910,
                 Houston TX 77272-2910
22756324       +E-mail/Text: cms-bk@cms-collect.com May 08 2019 03:19:02      Capital Management Services LP,
                 726 Exchange St Suite 700,    Buffalo NY 14210-1464
22756325       +E-mail/Text: jessicajones@cpcrecovery.com May 08 2019 03:19:33
                 Central Portfolio Control Inc,    10249 Yellow Circle Dr Ste 200,    Minnetonka MN 55343-9111
22756326       +EDI: CHASE.COM May 08 2019 07:08:00      Chase,    PO Box 15298,    Wilmington DE 19850-5298
22756327       +EDI: CHASE.COM May 08 2019 07:08:00      Chase Bank,    PO Box 15298,    Wilmington DE 19850-5298
22756328        EDI: CHASE.COM May 08 2019 07:08:00      Chase Cardmember Services,    Po Box 15548,
                 Wilmington DE 19886-5548
22756330        EDI: CITICORP.COM May 08 2019 07:08:00      Citibank,    PO Box 6500,    Sioux Falls SD 57117-6500
22756332       +E-mail/Text: bankruptcy@golden1.com May 08 2019 03:19:27      Golden One Credit Union,
                 PO Box 15966,    Sacramento CA 95852-0966
22756334       +EDI: TSYS2.COM May 08 2019 07:08:00      Macys,    9111 Duke Blvd,    Mason OH 45040-8999
22756335       +EDI: MID8.COM May 08 2019 07:08:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego CA 92123-2255
22756336       +EDI: MID8.COM May 08 2019 07:08:00      Midland Funding LCC,    2365 Northside Dr Ste 300,
                 San Diego CA 92108-2709
22756339        EDI: PRA.COM May 08 2019 07:08:00      Portfolio Recovery Associates LLC,    PO Box 12914,
                 Norfolk VA 23541
22756345       +EDI: RMSC.COM May 08 2019 07:08:00      Synchrony Bank Care Credit,    PO Box 960061,
                 Orlando FL 32896-0061
22756346       +EDI: RMSC.COM May 08 2019 07:08:00      Synchrony Bank JC Penney,    PO Box 965008,
                 Orlando FL 32896-5008
22756348       +EDI: RMSC.COM May 08 2019 07:08:00      Synchrony Bank TJX,    PO Box 965016,
                 Orlando FL 32896-5016
22756351        E-mail/Text: coll@yolofcu.org May 08 2019 03:19:34      Yolo Federal Credit Union,    P O Box 657,
                 Woodland CA 95776
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22756342     ##Seterus,    PO Box 2008,    Grand Rapids MI 49501-2008
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0972-2           User: admin              Page 2 of 2             Date Rcvd: May 07, 2019
                               Form ID: 309A            Total Noticed: 36
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Renee Marie Mendoza** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2482** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of California** | | Date case filed for chapter  **7:   5/4/19** |
| Case number:   **19–22882 – B – 7** | | |

12/15

## Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Renee Marie Mendoza | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 122B College St. <br> Woodland, CA 95695 | |
| 4. | **Debtor's attorney** <br> Name and address | Harry D. Roth <br> 189 First St <br> Woodland, CA 95695 | Contact phone:   530–665–6564 |
| 5. | **Bankruptcy trustee** <br> Name and address | Alan S. Fukushima <br> 770 L Street, #950 <br> Sacramento, CA 95814 | Contact phone:   916–449–3949 |

**For more information, see page 2 >**

Debtor: **Renee Marie Mendoza**      Case number: **19–22882 – B – 7**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | Robert T Matsui United States Courthouse <br> 501 I Street, Suite 3–200 <br> Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM <br> www.caeb.uscourts.gov <br> Phone: (916) 930–4400 <br> Date: 5/7/19 |
| **7.** | **Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 12, 2019 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br><br> **Robert T Matsui United States Courthouse, 501 I Street, Room 7–B, 7th Floor, Sacramento, CA** <br><br> **Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** |
| **8.** | **Presumption of abuse** <br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/12/19** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |