**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

FILED
JUL -2 2019
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: ) Case No. 19-22882-B-7
)
RENEE MARIE MENDOZA, )
)
)
　　　　　　Debtor(s). )
)

**ORDER DENYING MOTION TO COMPEL ABANDONMENT**

Debtor has filed a motion to compel abandonment in real property commonly known as 405 Gibson Road, Woodland, CA. Debtor claims a partial ownership interest in the property. In the motion and the declaration, debtor states she has claimed an exemption of $100,000 in the property. However, a review of Schedule C indicates no exemption has been claimed. Accordingly,

IT IS ORDERED that the motion to compel abandonment is DENIED.

Dated: July 2, 2019.

_____
UNITED STATES BANKRUPTCY JUDGE

**INSTRUCTIONS TO CLERK OF COURT
SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Harry D. Roth
189 First St
Woodland CA 95695

Alan S. Fukushima
770 L Street, #950
Sacramento CA 95814