UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
**Renee Marie Mendoza** )
)    Case No. 2019-22882
)
_____ )
Debtor(s).           )    **AMENDMENT COVER SHEET**

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

- ☐ Petition
- ☐ Creditor Matrix
- ☐ List of 20 Largest Unsecured Creditors
- ☑ Schedules (check appropriate boxes). *See Instruction #4 below.*
  - ☐ A/B ☑ C ☐ D ☐ E/F ☐ G ☐ H ☐ I ☐ J
- ☐ Summary of Schedules of Assets and Liabilities
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders

**A fee of $31 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: 12 July 19     Attorney's or *Pro Se* Debtor's Signature: _(signed)_
Printed Name: Harry D. Roth 80611 California

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ____ pages, is true and correct.

Dated: _(signed) Renee Marie Mendoza_     Dated: 7/12/19
**Renee Marie Mendoza**
Debtor's Signature                                                      Joint Debtor's Signature

### INSTRUCTIONS

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. *Notice of the amendment will not be given by the Clerk's Office.* To comply with this requirement, the debtor's attorney or Pro Se debtor must give notice to

Form EDC 2-015 Rev. 5/1/17

the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

       Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." (*NOTE: No personal checks will be accepted.*)

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Renee Marie Mendoza | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | | |
| Case number | 2019-22882 | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 405 Gibson Rd. Woodland, CA 95695 Yolo County<br>Line from *Schedule A/B*: **1.1** | $275,000.00 | ■ $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2002 Chevy Tahoe 120000 miles non-operational with 120,000 miles. Needs brakes and has been sitting idle for years. Car is insured but registration is expired<br>Line from *Schedule A/B*: **3.1** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| 2013 Nissan Altima 62000 miles The financing and title of this vehicle is held by Todd Boobar, Debtor's brother-in-law.<br>Line from *Schedule A/B*: **3.2** | $10,400.00 | ■ $299.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| About 25 years old Polaris Jet Ski Do not know if the thing runs<br>Line from *Schedule A/B*: **4.1** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |

Debtor 1    Renee Marie Mendoza                           Case number (if known)    **2019-22882**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| couch<br>end table<br>TV<br>Line from Schedule A/B: **6.1** | $400.00 | ■   $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| dining table and 4 chairs<br>china cabinet<br>Line from Schedule A/B: **6.2** | $120.00 | ■   $120.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| refrigerator<br>stove<br>microwave<br>kitchen table and 4 chairs<br>Pots and pans<br>Line from Schedule A/B: **6.3** | $515.00 | ■   $515.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| washer and dryer<br>Line from Schedule A/B: **6.4** | $60.00 | ■   $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| matress<br>2 dressers<br>lamp<br>desk<br>Line from Schedule A/B: **6.5** | $220.00 | ■   $220.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| bed<br>dresser<br>night stands (2)<br>Line from Schedule A/B: **6.6** | $160.00 | ■   $160.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| various hand and power tools<br>lawn equipment<br>Line from Schedule A/B: **6.7** | $700.00 | ■   $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| patio furniture and equipment, including BBQ<br>Line from Schedule A/B: **6.8** | $700.00 | ■   $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| exercise equipment<br>Line from Schedule A/B: **6.9** | $100.00 | ■   $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| TV (2)<br>stereo<br>computer<br>game console<br>Line from Schedule A/B: **7.1** | $700.00 | ■   $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| 40 CDs<br>10 DVDs<br>Line from Schedule A/B: **7.2** | $50.00 | ■   $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

| Debtor 1 | Renee Marie Mendoza | | Case number (if known) | 2019-22882 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| **Exercise equipment**<br>Line from Schedule A/B: **9.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **clothes and shoes**<br>Line from Schedule A/B: **11.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Wedding set**<br>Line from Schedule A/B: **12.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **diamond ring**<br>Line from Schedule A/B: **12.2** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **diamond necklace**<br>Line from Schedule A/B: **12.3** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **diamond earnings**<br>Line from Schedule A/B: **12.4** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Costume jewelry (20 pieces)**<br>Line from Schedule A/B: **12.5** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **2 dogs**<br>Line from Schedule A/B: **13.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Cash**<br>Line from Schedule A/B: **16.1** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking: Yolo Federal Credit Union Acct # ending S5**<br>Line from Schedule A/B: **17.2** | $752.58 | ■ $752.58<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking: First Northern Bank Acct # ending 4424**<br>Line from Schedule A/B: **17.7** | $1,674.60 | ■ $1,674.60<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking: First Northern Bank Acct # ending 4436**<br>Line from Schedule A/B: **17.8** | $0.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |

Debtor 1    Renee Marie Mendoza      Case number (if known)    2019-22882

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Prepaid Debit Card: Bank of America state of California benefits card<br>Line from Schedule A/B: 17.9 | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.080 |
| IRA: Oppenheimer Acct # 005501023913<br>Line from Schedule A/B: 21.1 | $27,153.97 | ■ $27,153.97<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 704.115(a)(3), (b), (e) |
| IRA: Hilltop Securities Acct # 368300507<br>Line from Schedule A/B: 21.2 | $12,000.00 | ■ $12,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| 401(k): Met Life 401(k)<br>Line from Schedule A/B: 21.4 | $55,027.64 | ■ $55,027.64<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| vacation hours on employer's books. 48 hours @ $27/hour less 25% estimated taxes<br>Line from Schedule A/B: 35.1 | $972.00 | ■ $972.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Earned but not yet paid wages less 25% for anticipated taxes<br>Line from Schedule A/B: 35.2 | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 15 U.S.C. § 1673 |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes